[No. 29266-8-I.   Division One.   February 22, 1993.]

MID-TOWN LIMITED PARTNERSHIP, *Respondent*, v.
MICHAEL R. PRESTON, ET AL, *Defendants*,
CENTRAL AREA YOUTH ASSOCIATION,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-23639-7, Donald D. Haley, J., entered September 5, 1991. *Remanded* by unpublished opinion per Scholfield, J., concurred in by Grosse and Kennedy, JJ. Now published at 69 Wn. App. 227.

[No. 30359-7-I.   Division One.   February 22, 1993.]

THOMAS O. SELLSTED, *Appellant*, v. WASHINGTON
MUTUAL SAVINGS BANK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-11352-3, Donald D. Haley, J., entered February 25, 1992. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Kennedy, JJ. Withdrawn April 19, 1993. See 69 Wn. App. 1044. Now published at 69 Wn. App. 852.

[No. 27674-3-I.   Division One.   February 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAUDE
DEAN HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04883-3, George A. Finkle, J., entered January 17, 1991. *Dismissed* by unpublished per curiam opinion.